CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

SEP 10 2018

JULIA C. DUDLEY, CLERK
BY: s/ H. MCDONALD
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DAN HAENDEL, | ) | Civil Action No. 7:17-cv-00119 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ANNA REED, <u>et al.</u>, | ) | By:   Hon. Jackson L. Kiser |
|     Defendants. | ) |         Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** that Plaintiff's motion for reconsideration is **DENIED**.

**ENTER**: This 10th day of September, 2018.

                                                                         <u>s/Jackson L. Kiser              </u>
                                                                         Senior United States District Judge